works audible and transmitting said performance of the works, by means of a device or process, to members of the public capable of receiving the display (as set forth in 17 U.S.C. § 101's definitions of "perform" and "publically" perform); and

(D) Display the copyrighted works, in violation of 17 U.S.C. §§ 106(5) and 501, by showing individual images of the works nonsequentially and transmitting said display of the works by means of a device or process to members of the public capable of receiving the display (as set forth in 17 U.S.C. § 101's definition of "publically" display).

33. Defendant's infringements were committed "willfully" within the meaning of 17 U.S.C. § 504(c)(2).

WHEREFORE, Plaintiff respectfully requests that the Court:

(A) Permanently enjoin Defendant and all other persons who are in active concert or participation with Defendant from continuing to infringe Plaintiff's copyrighted works;

(B) Order that Defendant delete and permanently remove the digital media files relating to Plaintiff's works from each of the computers under Defendant's possession, custody or control;

(C) Order that Defendant delete and permanently remove the infringing copies of the works Defendant has on computers under Defendant's possession, custody or control;

(D) Award Plaintiff statutory damages per infringed Work pursuant to 17 U.S.C. § 504-(a) and (c);

(E) Award Plaintiff its reasonable attorneys' fees and costs pursuant to 17 U.S.C. § 505; and

(F) Grant Plaintiff any other and further relief this Court deems just and proper.

## DEMAND FOR A JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

Respectfully submitted,

By: *[signature]*

Jacqueline M. James, Esq. (1845)
The James Law Firm
445 Hamilton Avenue
Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
E-mail: jjameslaw@optonline.net
*Attorneys for Plaintiff*

## File Hashes for IP Address 74.68.99.209

**ISP:** Time Warner Cable
**Physical Location:** New York, NY

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/21/2014 23:20:43 | 938747CF852C2461672AB4BEF6B9EB8DFE5CCFED | Summertime Lunch |
| 08/15/2014 09:15:31 | 1053FC809917865BF7F1DD40E5CDE04BEF3C2A83 | Paint Me Beautiful |
| 08/14/2014 18:28:07 | 9AE8C942F4E9D5B23CBD7A8DB396ADFEEAA96191 | Breakfast At Eves |
| 08/02/2014 23:35:09 | 5BD21536ACB94D27432F03907AD824469C1E0C4B | So Young |
| 07/29/2014 10:17:55 | D7AF4A858B0260F911F71293CA9B21A9B1C2DB8E | Yours Forever |
| 07/29/2014 09:43:28 | 4AD2B662A96BE19DD71CEFB3D71C167B4F22BC70 | Precious Metal |
| 07/29/2014 04:07:06 | 97158B960497ACDEAE3933D112E2A7F3993243D8 | Rock Me Baby |
| 07/29/2014 02:05:52 | 509E83D6E70C2BF9182D1D55AA1F06EC626BB931 | Listen To Me Cum |
| 07/28/2014 18:14:52 | A21F8FE9145E99F779B2170978CBF87E31053685 | Highrise Rendezvous |
| 07/26/2014 14:21:21 | 5EDF14B202FD7ACF5FCD05B19B5AF531938CF712 | California Dreams |
| 07/07/2014 04:49:15 | FC7A9F5AB2706511A5941D97920612730F7793A5 | Sexy In The City |
| 07/07/2014 01:16:31 | 63CE8A4A8FFD1B48A58A364E4D93E06B0D2F701D | Give Me More Part 2 |
| 07/07/2014 00:36:34 | 34429A06336560BDEDA89FD870744967914949A1 | They Seem so Sweet |
| 07/06/2014 23:18:35 | 29C347E3BDA14E2181ABA26FE21B245FA0285309 | Lovers Way |
| 07/06/2014 23:06:06 | 9B18995FF4BF5957CB9CB3A4E3119A82475181C3 | Cut Once More Please |
| 07/06/2014 22:24:17 | 02744D186E0956E552C9AD10D76F915C46AA2D0C | Chloe Loves Carl Part 2 |
| 07/06/2014 22:22:48 | 4F6D7C009DDC1DBE97EF793B9E87C7FAECE92C53 | Tie Her Up For Me |
| 07/01/2014 02:29:38 | 20575564BE7412871171774048F19C75EFF77DFC | Coming Late |
| 07/01/2014 02:00:10 | FA4374990E72805802BC7B78F0491D9793B917CB | Come Close |
| 06/22/2014 01:54:58 | 6AFD2DF9EC6215AD8AC6E9B14D5783E1FCC795C9 | Deep Blue Passion |
| 06/21/2014 11:44:58 | D33677809972FB0E07D88E8098768B50B8443B8B | Enjoy My Backdoor |
| 06/20/2014 22:54:50 | AEDF4095F43F6F6471063FC7ACF32F7FD52227EC | Just Jennifer |

EXHIBIT A

SNY26

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/15/2014 03:08:28 | C84CEE035F21CF4AD3452F4ED6893F25FEDAB2CC | Go Down On Me |
| 06/03/2014 04:08:34 | A632A578F7401E1A9A7AE25DC66DC266C23FBFEE | Blindfold Me Baby |
| 06/01/2014 03:30:55 | 6EC4EAC1DF8D6C9F6A7C69FB03130A8273DBACF2 | Epic Love |
| 05/28/2014 13:24:43 | 600CD4ED9B453A8704B6162DA5E84E36CBE9D539 | I Will See You In The Morning |
| 05/27/2014 15:27:48 | BE8D1D6FC734C53D97F77FDE5769D86B2DE01DCF | Floating Emotions |
| 05/24/2014 13:56:47 | 1CD14FD8B9747783040E8A2B94F5844B408EC5C1 | Dark Desires |
| 05/24/2014 13:36:24 | C7AE0D720AB84C87C250BE15CB00C54FB013B79E | Meet My Lover From Austria |
| 05/24/2014 13:06:37 | 3E4968CC6071DC42C22F6E24DDD4532F02D1B59E | Zeppelin on Fire |
| 05/09/2014 21:06:34 | E78DE444F2155533DD43D140355A83BC32D979DA | Not Alone |
| 05/09/2014 20:04:21 | 90C07F6C6CBD7F2A454C160CBA3D5BB640A6F1B8 | Putting On A Show For You |
| 05/09/2014 18:43:27 | 83CA6D53AA3BF1F4E69C0CA7073D885B1A48531E | Au Paradis |
| 05/09/2014 17:53:36 | 0A05FD57476DB076D85453C9C23FEF5794899100 | Perfect Timing |
| 05/09/2014 16:25:59 | A1B0A9B8D530009523AD651AD83C5E14645DB259 | Knock On My Door |

**Total Statutory Claims Against Defendant: 35**

EXHIBIT A

SNY26

Copyrights-In-Suit for IP Address 74.68.99.209

**ISP:** Time Warner Cable
**Location:** New York, NY

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Au Paradis | PA0001895846 | 05/05/2014 | 05/16/2014 | 05/09/2014 |
| Blindfold Me Baby | PA0001902971 | 05/30/2014 | 06/06/2014 | 06/03/2014 |
| Breakfast At Eves | PA0001909480 | 08/06/2014 | 08/26/2014 | 08/14/2014 |
| California Dreams | PA0001780564 | 03/12/2012 | 03/12/2012 | 07/26/2014 |
| Chloe Loves Carl Part 2 | PA0001906561 | 07/05/2014 | 07/14/2014 | 07/06/2014 |
| Come Close | PA0001905140 | 06/23/2014 | 06/30/2014 | 07/01/2014 |
| Coming Late | PA0001904286 | 06/19/2014 | 06/24/2014 | 07/01/2014 |
| Cut Once More Please | PA0001905491 | 07/01/2014 | 07/02/2014 | 07/06/2014 |
| Dark Desires | PA0001859658 | 07/10/2013 | 08/02/2013 | 05/24/2014 |
| Deep Blue Passion | PA0001885168 | 03/21/2014 | 03/24/2014 | 06/22/2014 |
| Enjoy My Backdoor | PA0001904149 | 06/13/2014 | 06/19/2014 | 06/21/2014 |
| Epic Love | PA0001898091 | 05/25/2014 | 06/06/2014 | 06/01/2014 |
| Floating Emotions | PA0001887126 | 04/05/2014 | 04/07/2014 | 05/27/2014 |
| Give Me More Part 2 | PA0001905479 | 06/29/2014 | 07/02/2014 | 07/07/2014 |
| Go Down On Me | PA0001904131 | 06/11/2014 | 06/19/2014 | 06/15/2014 |
| Highrise Rendezvous | PA0001908213 | 07/25/2014 | 07/31/2014 | 07/28/2014 |
| I Will See You In The Morning | PA0001874746 | 01/14/2014 | 01/15/2014 | 05/28/2014 |
| Just Jennifer | PA0001903842 | 06/09/2014 | 06/12/2014 | 06/20/2014 |
| Knock On My Door | PA0001895763 | 05/09/2014 | 05/16/2014 | 05/09/2014 |
| Listen To Me Cum | PA0001908211 | 07/19/2014 | 07/31/2014 | 07/29/2014 |
| Lovers Way | PA0001905141 | 06/21/2014 | 07/02/2014 | 07/06/2014 |

EXHIBIT B

SNY26

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Meet My Lover From Austria | PA0001898094 | 05/17/2014 | 06/06/2014 | 05/24/2014 |
| Not Alone | PA0001889410 | 04/09/2014 | 04/15/2014 | 05/09/2014 |
| Paint Me Beautiful | PA0001908674 | 08/04/2014 | 08/11/2014 | 08/15/2014 |
| Perfect Timing | PA0001895848 | 05/07/2014 | 05/16/2014 | 05/09/2014 |
| Precious Metal | PA0001908248 | 07/27/2014 | 07/31/2014 | 07/29/2014 |
| Putting On A Show For You | PA0001892889 | 04/29/2014 | 05/04/2014 | 05/09/2014 |
| Rock Me Baby | PA0001907592 | 07/19/2014 | 07/25/2014 | 07/29/2014 |
| Sexy In The City | PA0001905511 | 06/27/2014 | 07/02/2014 | 07/07/2014 |
| So Young | PA0001877472 | 01/25/2014 | 01/31/2014 | 08/02/2014 |
| Summertime Lunch | PA0001907078 | 07/11/2014 | 07/25/2014 | 09/21/2014 |
| They Seem so Sweet | PA0001904151 | 06/15/2014 | 06/19/2014 | 07/07/2014 |
| Tie Her Up For Me | PA0001906551 | 07/03/2014 | 07/14/2014 | 07/06/2014 |
| Yours Forever | PA0001907573 | 07/15/2014 | 07/25/2014 | 07/29/2014 |
| Zeppelin on Fire | PA0001874614 | 01/04/2014 | 01/05/2014 | 05/24/2014 |

**Total Malibu Media, LLC Copyrights Infringed: 35**