Case 1:14-cv-08930-CM Document 8 Filed 12/15/14 Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X

Malibu Media, LLC,

                    Plaintiff(s)

-against-

                    14 Civ. 8930(CM)(JCF)

MEMO ENDORSED

**Motion Seeking Adjournment of the Initial Scheduling Conference**

John Doe,

                    Defendant(s)
----------------------------------------------------X

*[Handwritten endorsement: 12/16/2014 — You have one week from today to file your motion. I will not allow this action to languish any longer.]*

*[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 12/16/14]*

The James Law Firm, PLLC represents Plaintiff in the above captioned matter. This matter has been filed as a John Doe against the internet subscriber assigned the referenced IP address. The defendant's name and address is not presently known to Plaintiff. Plaintiff respectfully informs the Court it will be filing a motion Pursuant to Fed. R. Civ. P. 26(d)(1), seeking leave to serve a third party subpoena prior to a rule 26(f) conference to learn the Defendant's identity.

Therefore Plaintiff respectfully requests that this Court adjourn the Scheduled Initial Pretrial Conference presently scheduled for December 19 2014 at 11:45 a.m. (D.E.# 3) until the Defendant is named and served.

Dated: December 15, 2014

                                                Respectfully submitted,

By:     /s/ Jacqueline M. James
           Jacqueline M. James, Esq. (1845)
           The James Law Firm, PLLC
           445 Hamilton Avenue
           Suite 1102
           White Plains, New York 10601
           T: 914-358-6423
           F: 914-358-6424
           E-mail: jjameslaw@optonline.net
           *Attorneys for Plaintiff*